IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| ECCLESIASTICAL D. WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 17-cv-6139-SJ-NKL-P |
| ) | |
| BEN BROOKE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW

Phillip J. R. Zeeck hereby moves this Court under W.D. Mo. R. 83.2 to withdraw from this case as counsel to Plaintiff Ecclesiastical D. Washington. It is counsel's understanding that Mr. Washington approves of and consents to this withdrawal because telephone and written communication have been extremely difficult since Mr. Washington's move out of Missouri, and Mr. Washington will be better served by counsel located closer to him. At present, counsel's withdrawal can be accomplished without material adverse effect on Mr. Washington's interests.

WHEREFORE, with Mr. Washington's approval and consent, Phillip J. R. Zeeck requests leave to withdraw his appearance in this matter.

Dated: July 30, 2019

Respectfully submitted,

 */s/ Phillip J. R. Zeeck*
POLSINELLI PC
Phillip J. R. Zeeck, MO #65298
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
pzeeck@polsinelli.com

ATTORNEY FOR PLAINTIFF
ECCLESIASTICAL D. WASHINGTON

69846342.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 30th day of July, 2019. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

Nicolas Taulbee
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, MO 64106
Telephone:  (816) 889-5000
Facsimile:  (816) 889-5006
Email: nicolas.taulbee@ago.mo.gov
*Attorney for Defendants*

                                                */s/ Phillip J. R. Zeeck*
                                       Attorney for Plaintiff Ecclesiastical D. Washington